IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 13-01-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL YOUNG, | |
| Defendant. | |

On December 30, 2016, Defendant Young filed a motion seeking early termination of his five-year term of supervised release. He explains that he has successfully completed his incarceration as well as twenty-four months of supervision. (Doc. 30 at 1). He asserts his conduct has been exemplary, he has had no violations of supervised release, he has maintained regular employment and makes his monthly restitution payments. (*Id.* at 2). He contends this behavior warrants a reduction in his supervised release. (*Id.*).

The Court appreciates Young's compliance, but it also expects compliance. A five-year term of supervised release following 18 months incarceration for a bank fraud offense involving restitution owing of almost $500,000 is appropriate and may prove beneficial. Currently, Young still owes $465,542.53 in restitution.

Young's motion will be denied at this time. If Young's supervising probation officer is willing to submit an affidavit in support of early termination,

1

Young may file another motion, and the Court will consider it. If the supervising officer does not support Young's early termination, the Court will not grant it.

Accordingly, IT IS HEREBY ORDERED that Young's motion for early termination of supervised release (Doc. 29) is DENIED.

DATED this 12th day of January, 2017.

Susan P. Watters
United States District Court