IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 0 9 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 13-01-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DANIEL YOUNG, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing currently set for Wednesday, January 29, 2020 at 10:30 a.m. is **VACATED** and **RESET** for **Wednesday, January 29, 2020 at 9:30 a.m.,** changing the time of the hearing only.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 9th day of January, 2020.

SUSAN P. WATTERS
United States District Judge

1